**Arthur Charles ZACK, Petitioner-Appellant,**

v.

**Charles BENSON, Camp Administrator, Stafford Federal Prison Camp, Stafford, Arizona, Respondent-Appellee.**

**No. 71–1304.**

United States Court of Appeals, Ninth Circuit.

Dec. 30, 1971.

Terry Amdur (argued), of Amdur, Bryson, Caplan & Morton, Marina del Rey, Cal., for petitioner-appellant.

Tom G. Kontos, Asst. U. S. Atty. (argued), Robert L. Meyer, U. S. Atty., David R. Nissen, Asst. U. S. Atty. and Chief, Criminal Div., Los Angeles, Cal., for respondent-appellee.

Before DUNIWAY, ELY and CHOY, Circuit Judges.

**PER CURIAM:**

The facts in this case are legally indistinguishable from those in United States v. Fox, 9 Cir., 1971, 454 F.2d 593. On the authority of that case, the judgment is

Reversed. When the mandate goes down, the conviction shall be vacated.